1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11 | UNITED STATES OF AMERICA,

12 |                    Plaintiff,

13 |         v.

14 | VERNON LEE HAFFNER,

15 |                    Defendant.

CASE NO. CR 14-103 JLR

DETENTION ORDER

16

17 Offenses charged:

18        Possession of Stolen U.S. Mail

        Access Device Fraud

19        Aggravated Identity Theft

20 Date of Detention Hearing: 05/20/14

21        The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based

22 upon the factual findings and statement of reasons for detention hereafter set forth, finds that no

23 condition or combination of conditions which defendant can meet will reasonably assure the

24 appearance of defendant as required.

25

26 DETENTION ORDER - 1
18 U.S.C. § 3142(i)

1        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

2    (1)    There is an active felony warrant pending against defendant from Clark County,

3           Washington.  Given this fact, defense counsel stipulated to the entry of an order of

4           detention, with leave to move to re-open if the warrant is cleared, or if other new

5           evidence emerges which is relevant to the issue of detention or release.

6    (2)    Defendant was not interviewed by Pretrial Services, as defense counsel did not provide

7           a timely response to their request.  There is therefore little information available on

8           many issues relating to the question of detention or release.

9    (3)    Defendant has an extensive criminal record, starting with a robbery conviction in 1975,

10          and continuing with  various convictions for forgery, possession of stolen property,

11          burglary, theft, controlled substances, and many traffic violations.  He was recently

12          under the supervision of the Department of Corrections in East Vancouver WA, who

13          reported eight violations of supervision.

14

15  It is therefore ORDERED:

16   (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney

17          General for confinement in a corrections facility separate, to the extent practicable,

18          from persons awaiting or serving sentences or being held in custody pending appeal;

19   (2)    Defendant shall be afforded reasonable opportunity for private consultation with

20          counsel;

21   (3)    On order of a court of the United States or on request of an attorney for the

22          Government, the person in charge of the corrections facility in which defendant is

23          confined shall deliver the defendant to a United States Marshal for the purpose of an

24          appearance in connection with a court proceeding; and

25

26  DETENTION ORDER - 2
    18 U.S.C. § 3142(i)

1     (4)    The clerk shall direct copies of this order to counsel for the United States, to counsel

2          for the defendant, to the United States Marshal, and to the United States Pretrial

3          Services Officer.

4     DATED this 20 day of _____ May _____, 2014.

5

6                          JOHN L. WEINBERG

                           United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DETENTION ORDER - 3

26  18 U.S.C. § 3142(i)