Judge Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOBBIE DENISE CATTON and<br>VERNON LEE HAFFNER,<br>Defendants. | NO. CR14-103JLR<br><br>**ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE** |

This matter comes before the Court on the parties' Stipulated Motion to Continue the Trial Date and Pretrial Motions Deadline. Having considered the facts set forth in the motion and incorporated by reference herein, the defendant's knowing and voluntary waiver, and the remainder of the record, the Court finds as follows:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The ends of justice will be served by ordering a continuance in this case; a continuance is necessary to ensure adequate time for defense negotiations and investigation, effective trial preparation, and an opportunity for the defendant to benefit

ORDER TO CONTINUE TRIAL - 1
CR14-103JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

from these efforts; and these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of § 3161(h)(7)(A).

IT IS ORDERED that the trial date shall be continued from July 28, 2014, to October 27, 2014 at 1:30 p.m.. The period of delay from June 2, 2014, to October 27, 2014, is excluded for speedy trial purposes pursuant to § 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

Pretrial motions are to be filed no later than September 12, 2014.

DATED this 9th day of June, 2014.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

| Counsel for the United States: | Counsel for Defendant Vernon Lee Haffner: |
|---|---|
| JENNY A. DURKAN<br>United States Attorney<br><br>s/Matthew P. Hampton<br>MATTHEW P. HAMPTON<br>Assistant United States Attorney | s/James L. Vonasch<br>JAMES L. VONASCH |

ORDER TO CONTINUE TRIAL - 2
CR14-103JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970